IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JERRY BROWN, | * | |
| Plaintiff, | * | |
| v. | * | |
| MARYLAND DEPARTMENT OF CORRECTIONS, *et al.*, | * | CIVIL NO.: GLR-22-199 |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUGGESTION OF DEATH

The Maryland Department of Public Safety and Correctional Services, by its attorneys, Anthony G. Brown, Attorney General of Maryland, and Sandra D. Lee, Assistant Attorney General, hereby gives notice of the death of Plaintiff Jerry Brown. Upon information and belief, Mr. Jerry Brown died during the pendency of this action, prior to the service of the Complaint on the named Defendants, on April 17, 2022.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/
SANDRA D. LEE
Assistant Attorney General
Federal Bar No. 27902

St. Paul Plaza - 19th Floor
200 St. Paul Place
Baltimore, Maryland 21202
slee@oag.state.md.us
(410) 576-6429 (Telephone)

Filed electronically on February 6, 2023

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 6th day of February 2023, that a copy of the foregoing Suggestion of Death is being mailed, postage prepaid, within one business day to:

Ms. Bridgette Jackson[1]
Ms. Geralyn Brown
115 Amity St
Baltimore, Maryland 21223

Mr. Alexander Jackson[2]
2800 Callaway Ave.
Baltimore, Maryland 21215

                                                      /s/
                                          SANDRA D. LEE
                                          Assistant Attorney General

---

[1] Undersigned counsel has reviewed the Department of Public Safety and Correctional Services' Mi-Case electronic database and proffers that it lists Bridgette Jackson as Plaintiff Brown's mother, and it lists Geralyn Brown, at the same address, as Plaintiff Brown's sister.

[2] The Mi-Case electronic database lists Alexander Jackson as Plaintiff's uncle and emergency contact, and it lists Plaintiff's home address as the same as Alexander Jackson's address. Undersigned counsel proffers that she called the telephone number listed as the telephone number for Plaintiff's emergency contact, Alexander Jackson, and spoke with an individual who identified himself as Alexander Jackson, and that Mr. Jackson confirmed his mailing address and stated that he is handling the affairs of his nephew, Plaintiff Jerry Brown.